

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOHN HAMPTON CAMP, JR., | § | No. 08-22-00206-CR |
| Appellant, | § | Appeal from the |
| v. | § | 207th District Court |
| THE STATE OF TEXAS, | § | of Comal County, Texas |
| State. | § | (TC# CR2019-077) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's second motion for extension of time within which to file the brief until **February 12, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANTS BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Cathy S. Compton, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 12, 2023.

IT IS SO ORDERED this 30th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.